UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRIX ELIZABETH CANTU WYNN,

           Plaintiff,           Civil Action No.
                                        08-CV-14879

vs.

                                        PAUL D. BORMAN
COMMISSIONER OF SOCIAL SECURITY,    UNITED STATES DISTRICT JUDGE

           Defendant.
_____/

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On November 19, 2009, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R&R") in which he recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. No objections have been filed and the time to do so has expired. The Court has had an opportunity to fully review this matter and finds that Magistrate Judge Whalen has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Whalen's R&R dated November 19, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [docket entry 9] is denied.

1

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry 14] is granted.

        S/Paul D. Borman  
        PAUL D. BORMAN  
        UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 14, 2009.

        S/Denise Goodine  
        Case Manager